UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDY YINGLING,** | **CASE NO. 1:08-CV-1262  AWI SMS** |
| Plaintiff, | |
| v. | **ORDER CLOSING CASE IN LIGHT OF REQUESTED DISMISSAL WITH PREJUDICE** |
| **SK FOODS, LP, et al.,** | |
| Defendants. | (Doc. No. 59) |

On March 17, 2016, the parties filed a joint status report in which they informed the Court that the issues in this case have now been litigated in Bankruptcy Court. See Doc. No. 59. The parties' counsel the end the status report by stating: "Wherefore, the parties hereby request that the Court dismiss this matter with prejudice." Id. The Court construes the status report as a stipulation for dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Rule 41(a)(1), in relevant part, reads:

> (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do not require a court order/court approval. See Fed. R. Civ. P. 41(a)(1); Yesh Music v. Lakewood

Church, 727 F.3d 356, 362 (5th Cir. 2013); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989).

Here, all parties who have appeared in this case have signed the stipulated dismissal. See Doc. No. 59. Because all parties have signed the stipulated dismissal with prejudice, this case has terminated automatically. See Fed. R. Civ. P. 41(a)(1); Yesh Music, 727 F.3d at 362; Commercial Space, 193 F.3d at 1077.

Therefore, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case in light of the parties' properly filed and signed Rule 41(a)(1)(A)(ii) Stipulation Of Dismissal With Prejudice.

IT IS SO ORDERED.

Dated:   March 22, 2016                                    _____
                                                           SENIOR  DISTRICT  JUDGE